CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
NOV - 8 2012
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| FERNANDO SANCHEZ,<br>    Petitioner, | ) <br> ) <br> ) | Civil Action No. 7:12-cv-00371 |
| v. | ) <br> ) | **ORDER** |
| F.B.O.P.,<br>    Respondent. | ) <br> ) <br> ) | By:  Hon. Jackson L. Kiser<br>         Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that petitioner's 28 U.S.C. § 2241 petition for a writ of habeas corpus is **DISMISSED without prejudice**, pursuant to Rules 1(b) and 4 of the Rules Governing § 2254 Cases, and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner.

ENTER: This 8th day of November, 2012.

/s/ Jackson L. Kiser
Senior United States District Judge