CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

NOV - 8 2012

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| FERNANDO SANCHEZ,<br>　　　Petitioner, | ) ) ) | Civil Action No. 7:12-cv-00371 |
| v. | ) ) | **ORDER** |
| F.B.O.P.,<br>　　　Respondent. | ) ) | By: **Hon. Jackson L. Kiser**<br>**Senior United States District Judge** |

In accordance with the written Memorandum Opinion entered this day, it is hereby

## ORDERED

that petitioner's 28 U.S.C. § 2241 petition for a writ of habeas corpus is **DISMISSED without prejudice**, pursuant to Rules 1(b) and 4 of the Rules Governing § 2254 Cases, and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner.

**ENTER**: This _8th_ day of November, 2012.

　　　　　　　　　　　　　　　　　　Senior United States District Judge